# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 05-2833

_____

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | Appeal from the United States |
| | * | District Court for the District |
| v. | * | of Nebraska. |
| | * | |
| Francisco Reyes Rivera, | * | [UNPUBLISHED] |
| | * | |
| Appellant. | * | |

_____

Submitted: May 19, 2006
Filed: May 23, 2006

_____

Before MELLOY, FAGG, and BENTON, Circuit Judges.

_____

PER CURIAM.

Francisco Reyes Rivera pleaded guilty to possessing with intent to distribute 50 grams or more of methamphetamine, in violation of 21 U.S.C. § 841(a)(1) and (b)(1). The district court* sentenced Rivera to 120 months in prison and 5 years of supervised release. On appeal, Rivera's counsel filed a brief under Anders v. California, 386 U.S. 738 (1967), in which he requests leave to withdraw.

_____

*The Honorable Richard G. Kopf, United States District Judge for the District of Nebraska.

Rivera's plea agreement contains a valid appeal waiver.  <u>See</u> <u>United States v. Andis</u>, 333 F.3d 886, 889-90 (8th Cir.) (en banc), <u>cert. denied</u>, 540 U.S. 997 (2003); <u>United States v. Estrada-Bahena</u>, 201 F.3d 1070, 1071 (8th Cir. 2000) (per curiam) (enforcing appeal waiver in <u>Anders</u> case). Having reviewed the record independently for any nonfrivolous issues not covered by the appeal waiver, and finding none, we enforce the waiver, dismiss this appeal, and grant counsel's request to withdraw.

_____